UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------

BRYON K. RUSS, SR.,

               Petitioner,

   -v-                                              9:13-CV-1270

BRIAN FISCHER, Commissioner of
Corrections,

               Respondent.

---------------------------------

APPEARANCES:                                     OF COUNSEL:

BRYON K. RUSS, SR.
01-B-0452
Petitioner pro se
Clinton Correctional Facility
P.O. Box 2002
Dannemora, NY 12929

HON. ERIC T. SCHNEIDERMAN          LISA E. FLEISCHMANN, ESQ.
Attorney General for the State of New York  Ass't Attorney General
Attorney for Respondent
120 Broadway
New York, NY 10271

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

     Petitioner Bryon K. Russ, Sr. brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 9, 2014, the Honorable Christian F. Hummel, United States Magistrate Judge, advised, by Report-Recommendation, that the petition be denied

and dismissed. Petitioner timely filed objections to the Report-Recommendation. Respondent filed a letter brief urging adoption of the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which petitioner objected, the Report-Recommendation is adopted in whole. See 28 U.S.C. § 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Therefore, it is

ORDERED that

1. The petition for a writ of habeas corpus is DENIED and DISMISSED; and

2. The Clerk is directed to close the file.

Because petitioner has not made a substantial showing of the denial of any constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 8, 2014
        Utica, New York.